UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                                CHAPTER 13 PROCEEDINGS

ALEJANDRO D ZAPATA          CASE NUMBER: 97-21102
MARJORIE ANN ZAPATA        HON: DANIEL S OPPERMAN
               Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $247.85 for deposits in the U. S. Registry as evidenced by the attached Check No. 266878 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution from another company, who had Trustee money from Dow payroll from 2002.

    Alejandro D & Marjorie Zapata     $247.85

    Not able to locate debtor and believe debtor passed away May 2011 from bicycle accident.

Date: June 3, 2011                              /s/ Thomas W McDonald
                                                Thomas W McDonald, Jr.
                                                Chapter 13 Trustee
                                                3144 Davenport Ave
                                                Saginaw Mi 48602
                                                Telephone (989) 792-6766
                                                ecf@mcdonald13.org